# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WILKY PIERRE TOUSSAINT,**

    **Plaintiff,**

**v.**                                                                         **Case No. 3:16cv396-RV-CJK**

**MILTON POLICE DEPARTMENT,**

    **Defendant.**

_____/

## **ORDER**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 29, 2017 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of January 2018.

/s/ Roger Vinson

**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**